NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON E. BAIN, DOC #X39544, )
)
     Appellant, )
)
v. )     Case No. 2D17-3385
)
STATE OF FLORIDA, )
)
     Appellee. )
_____ )

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

PER CURIAM.

     Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.